# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE SANTA BARBARA APARTMENT ASSOCIATION, INC. dba SANTA BARBARA RENTAL PROPERTY ASSOCIATION and NOGORA, LLC,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF SANTA BARBARA; CITY COUNCIL of the CITY OF SANTA BARBARA; ARIEL CALONNE, in his official capacity as CITY ATTORNEY for the CITY OF SANTA BARBARA; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 22-1315-GW-MAAx<br><br>Judge: Hon. George Wu<br>Courtroom: 9D<br><br>**ORDER** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby dismisses this action in its entirety without prejudice.

IT IS SO ORDERED.

DATED: June 5, 2023

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE